January 20, 2026



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 25920
Overland Park, KS 66225



**U.S. Citizenship
and Immigration
Services**

JOSE DAVID MENDEZ VASQUEZ
c/o KATHERINE JANE TAYLOR
NEIGHBORS IMMIGRATION CLINIC
P.O. BOX 1034
LEXINGTON, KY 40588

MSC2491035949



RE: JOSE DAVID MENDEZ VASQUEZ
I-360, Petition for Amerasian, Widow(er), or Special
Immigrant

A220-221-648

## TERMINATION NOTICE

Dear JOSE MENDEZ VASQUEZ:

### Termination of Special Immigrant Juvenile Deferred Action

This letter serves as notification that U.S. Citizenship and Immigration Services (USCIS) has individually reviewed your case and exercised discretion to terminate your period of deferred action, which began on December 16, 2024, in connection with your approved Form I-360, Petition for Amerasian, Widow(er) or Special Immigrant Juvenile (SIJ). USCIS approved your Form I-360, which granted you SIJ classification on December 16, 2024, and it remains approved.

Deferred action is a discretionary determination, however, to defer immigration enforcement action against an individual as an act of prosecutorial discretion. You may not appeal or move to reopen/reconsider this decision.

### Notice of Intent to Revoke Deferred Action-Based Employment Authorization

**If you have been granted employment authorization based on deferred action pursuant to 8 CFR 274a.12(c)(14), and your employment authorization has not automatically terminated as set forth in 8 CFR 274a.14(a) the following applies to you:**

Consistent with 8 CFR 274a.14(b), USCIS provides this notice of intent to revoke your deferred action-based employment authorization under 8 CFR 274a.12(c)(14). USCIS intends to revoke your employment authorization because the condition upon which your employment authorization was granted no longer exists as your period of deferred action has been terminated. See 8 CFR 274a.14(b)(1)(i).

By operation of this notice, your unexpired deferred action-based employment authorization will be revoked 15 days from the date of this notice unless you submit countervailing evidence that you continue to have deferred action through the expiration date on your Employment Authorization Document. You may submit countervailing evidence by uploading it to your myUSCIS online account before February 4, 2026.  See 8 CFR 274a.14(b)(2) or by mailing it to the address below by February 7, 2026.

Mail your countervailing evidence and a copy of this letter to:

**U.S. Department of Homeland Security**
P.O. Box 648004
Lee's Summit, MO 64002

For express delivery, mail your countervailing evidence and a copy of this letter to:

**USCIS National Benefits Center**
Attention: Adjudication – Ancillaries
850 NW Chipman Rd., Suite 5000
Lee's Summit, MO 64063

The timely submission of countervailing evidence does not impact the termination of your period of deferred action described above. Any decision to revoke your EAD is final, and no appeal shall lie from the decision to revoke an EAD.  See 8 CFR 274a.14(b)(2). If you work without authorization, you are in violation of the law.

Rose M. Kendrick
Acting Director
Officer: OA0057