January 26, 2026



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002

**U.S. Citizenship
and Immigration
Services**

KATHERINE JANE TAYLOR
P.O. BOX 1034
LEXINGTON, KY 40588



IOE0930696333



A220-221-648

RE: JOSE DAVID MENDEZ VASQUEZ
I-765, Application for Employment Authorization

## NOTICE OF INTENT TO REVOKE

Dear JOSE MENDEZ VASQUEZ:

**Why We Are Writing You**

We intend to revoke your employment authorization.

On February 28, 2025, you submitted Form I-765, Application for Employment Authorization, to U.S. Citizenship and Immigration Services (USCIS). On 11/4/2025, we approved your application under Title 8, Code of Federal Regulations (8 CFR), section 274a.12(c)(14). We then mailed you your employment authorization document (EAD), which is valid from 11/4/2025 to 12/16/2028.

**Statement of Facts and Analysis, Including Reason(s) for Intended Revocation**

Our records show that USCIS terminated your deferred action on 1/20/2026 and that you are no longer in a period of deferred action.

Because you are no longer in a period of deferred action, you are not eligible for employment authorization. See 8 CFR§274a.12(c)(14). Therefore, we intend to revoke your employment authorization.

**What You Need to Do**

You have until February 13, 2026 to submit any evidence that you think will show why we should not revoke your EAD for the reasons stated above. You must either mail the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable). All documents that you submit must be clear and legible. If you do not submit such evidence, USCIS will revoke your EAD.

Mail your response and a copy of this notice to:

U.S. Department of Homeland Security

P.O. Box 648004
Lee's Summit, MO 64002

For express delivery, mail your response and a copy of this notice to:

USCIS National Benefits Center
Attention: Adjudication – Ancillaries
850 NW Chipman Rd., Suite 5000
Lee's Summit, MO 64063

Sincerely,

Rose M. Kendrick
Acting Director
Officer: LA0297